**Slip Op. 00-163**

# UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: SENIOR JUDGE NICHOLAS TSOUCALAS

_____

|  |  |
|---|---|
| SKF USA INC. and SKF INDUSTRIE S.p.A., | : |
| Plaintiffs, | : |
| v. | : Court No. 99-08-00474 |
| UNITED STATES, | : |
| Defendant, | : |
| THE TORRINGTON COMPANY, | : |
| Defendant-Intervenor. | : |

_____

## J U D G M E N T

This Court having received and reviewed the United States Department of Commerce, International Trade Administration's ("Commerce") Final Results of Redetermination Pursuant to Court Remand, SKF USA Inc. v. United States, 24 CIT ___, Slip Op. 00-81 (July 12, 2000) ("Remand Results"), Torrington's comments to the Remand Results, and Commerce having complied with the Court's remand, and no other responses to the Remand Results having been submitted by the parties, it is hereby

**ORDERED** that the Remand Results filed by Commerce on October 10, 2000 are affirmed in their entirety; and it is further

**ORDERED** that since all other issues have been decided, this case is dismissed.

_____
NICHOLAS  TSOUCALAS
SENIOR JUDGE

Dated: December 15, 2000
        New York, New York